**FILED**

SEP 03 2013

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **13 CR 169 JED** |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | [29 U.S.C. § 501(c): Embezzlement From |
| v. | ) | a Labor Organization] |
| | ) | |
| ANGELA G. WEBSTER, | ) | |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

From on or about May 6, 2010, through on or about March 31, 2011, in the Northern District of Oklahoma and elsewhere, the defendant, **ANGELA G. WEBSTER**, while an employee of a labor organization, did intentionally embezzle, steal, and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization.

All in violation of Title 29, United States Code, Section 501(c).

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

_____
JEFFREY A. GALLANT
Assistant United States Attorney

A TRUE BILL

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson